# Court of Appeals
# of the State of Georgia

ATLANTA, October 29, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0083. KENNESAW DEVELOPMENT AUTHORITY OF THE CITY OF KENNESAW, GEORGIA v. COBB COUNTY BOARD OF TAX ASSESSORS, et al.**

The Kennesaw Development Authority of the City of Kennesaw, Georgia ("KDA") filed both an application for interlocutory appeal and a notice of appeal from the trial court's order granting Columns Development Company, LLC's motion for substitution as a party plaintiff/appellant. We denied the application for interlocutory appeal. See Case No. A15I0147, denied March 27, 2015. We lack jurisdiction over the direct appeal.

Because the order at issue is not a final order, it is not subject to direct appeal. Columns Development Company and Cobb County Board of Tax Assessors filed a motion to dismiss the appeal on this ground and filed a separate motion for sanctions for the filing of a frivolous appeal. The motion to dismiss the appeal is hereby *GRANTED*, and this appeal is hereby *DISMISSED* for lack of jurisdiction. The motion for frivolous appeal sanctions is *DENIED*.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 10/29/2015
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*